No. 119, Misc.  BERRY v. McGINNIS, CORRECTIONS COMMISSIONER, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 120, Misc.  CHAVEZ v. OLIVER, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 121, Misc.  MINCHELLA v. ESTATE OF SKILLMAN, JUDGE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 122, Misc.  HAMPTON v. MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 124, Misc.  BLAIR v. CROUSE, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 125, Misc.  TARVIN v. PACIFIC GREYHOUND LINES. Sup. Ct. Cal.  Certiorari denied.

No. 127, Misc.  ORTIZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg and Kirby W. Patterson* for the United States.

No. 128, Misc.  WRIGHT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Clyde W. Woody* and *Marian S. Rosen* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg and Theodore George Gilinsky* for the United States.

No. 129, Misc.  RATTEN v. OLIVER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 131, Misc.  BYNUM v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.